

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00870-CV

**In re P.M.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On December 17, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than February 12, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
               MICHAEL A. CRUZ,
               Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019PA02194, styled *In the Interest of J.M., A Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.